IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. BANK, NA as TRUSTEE for
the Certificateholders of Bear Sterns
ARM Trust, Mortgage Pass-through
Certificates Series 2005-2006,

       Plaintiff,

v.                          CIV 13-0134 GBW/LAM

LUIS MIGUEL MAZULIS
DAVID LANDON MURPHY.,

       Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL *(Doc. 8)*

**THIS MATTER** is before the Court on Plaintiff's *Amended Motion for Order Allowing Withdrawal and Substitution of Counsel for Plaintiff (Doc. 8)*, filed March 8, 2013. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion complies with Local Rule 83.8(a) and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Amended Motion for Order Allowing Withdrawal and Substitution of Counsel for Plaintiff (Doc. 8)* and the clerk of the Court shall substitute Lewis and Roca, LLP (Jason C. Bousliman and Daniel M. Hill) for Susan C. Little & Associates (Deborah A. Nesbitt, Phyllis MacCutcheon, and Sandra A. Davison) as counsel for Plaintiff.

       IT IS SO ORDERED.

                                                              _____
                                                               **LOURDES A. MARTÍNEZ**
                                                               **UNITED STATES MAGISTRATE JUDGE**